PUBLIX SUPER MARKETS, INC., Appellant,

v.

Juan Lucas ALVAREZ, as Personal Representative of the Estate and Survivors of Melvi Bayola Gonzalez, deceased, Appellee.

No. 3D15–2139.

District Court of Appeal of Florida, Third District.

Nov. 23, 2016.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, Adam A. Schwartzbaum and Alicia H. Welch, for appellant.

Juan Lucas Alvarez; Joel S. Perwin, for appellee.

Before, SHEPHERD, FERNANDEZ and LOGUE, JJ.

PER CURIAM.

We affirm the denial of appellant Publix Super Markets, Inc.'s Motion to Transfer Venue for forum non conveniens without prejudice to raise the issue of venue before the trial court at a later time as discovery develops.

Affirmed.